**Entered on Docket
January 05, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

ROGER P. CROTEAU, ESQ.                                          E-Filed
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
720 South Fourth Street, Suite 202
Las Vegas, Nevada 89101
(702) 254-7775
*Attorney for Debtor*
*ROBERT W. GREENE AND*
*MYRNA R. GREENE*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| In re:  ) | |
|     ROBERT W. GREENE and  ) | Case No.    BKS-09-19834-MKN |
|     MYRNA R. GREENE,  ) | Chapter 13 |
|                     Debtors.  ) | Hearing:    December 10, 2009 |
|   ) | Time:         2:30 p.m. |

### AMENDED

### ORDER GRANTING MOTION TO VALUE COLLATERAL, "STRIP OFF"

### AND MODIFY RIGHTS OF EMC MORTGAGE PURSUANT TO

### 11 U.S.C. §506 (a) AND §1322

THIS MATTER having come before the Court for a hearing on December 10, 2009, on

Debtors' Motion to Value Collateral, "Strip Off" and Modify Rights of EMC MORTGAGE *(hereinafter "Lender")* Pursuant to 11 U.S.C. §506 (A) and §1322, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtors' real property located at 8335 Brown Mountain Court, Las Vegas, Nevada 89131 (*the "Property"*) is valued at $188,500.00 as of the date of filing of Debtor's Chapter 13 Petition.

2. As of the petition date, the Property was encumbered by a First Trust Deed owned and/or serviced by Indymac Bank and/or DHI Mortgage Company, LTD. securing a note with a principal balance of approximately $339,991.00

3. Lender owns and/or services a Second Trust Deed recorded with the Clark County Recorder on December 22, 2006, in book number 20061222 as instrument number 0004173, securing a home equity line of credit with a principal balance of approximately $84,997.00 (*the "Second Deed of Trust"*).

4. On the filing date of the instant Chapter 13 Petition, the Second Deed of Trust and Lender's corresponding claim was wholly unsecured.

IT IS THEREFORE ORDERED THAT Lender's Second Deed of Trust is hereby "stripped off" and avoided pursuant to 11 U.S.C. §506(a);

IT IS FURTHER ORDERED THAT Lender's Second Deed of Trust and its lien holder rights in the Property are hereby terminated and Lender's Second Deed of Trust claim and lien shall be paid as a general unsecured creditor through the Debtor's Chapter 13 plan;

IT IS FURTHER ORDERED THAT in the event the instant Chapter 13 matter is converted to a Chapter 7 case, this order will be void and without effect.

IT IS FURTHER ORDERED THAT in the event the instant Chapter 13 matter is dismissed for any reason, Lender's Second Deed of Trust and claim shall be reinstated to its status as a secured claim on the Subject Property pursuant to 11 U.S.C. §349(b).

**IT IS SO ORDERED.**

1  DATED this   22ⁿᵈ   day of December, 2009.

Respectfully submitted by:

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/TIMOTHY E. RHODA, ESQ.
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
720 South Fourth Street, Suite 202
Las Vegas, Nevada 89101
(702) 254-7775
***Attorney for Debtors***

Approved / Disapproved

_____
RICK A. YARNALL
Chapter 13 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows:

____The court has waived the requirement of approval under LR 9021.

__X__This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

|  | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| RICK A. YARNALL | _____ | _____ | _____X_____ |

____I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.